DOROTHY C. LYNES, Appellant, *v.* SALVATORE DEBENEDICTUS, Respondent.

Argued January 7, 1952; decided January 17, 1952.

*John J. Scully* and *James H. Hyer* for appellant.
*Andrew J. Cook* and *Abraham Streifer* for respondent.

Judgments reversed and a new trial granted, with costs to abide the event, upon the ground that the evidence presented questions of fact which were proper for submission to the jury. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.